# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 19, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

155819(61)(62)

JP MORGAN CHASE BANK N.A.,
      Plaintiff-Appellee,

v

BARBARA ELLIS,
      Defendant-Appellant.

_____/

SC: 155819
COA: 336618
Monroe CC: 16-139296-AV

On order of the Chief Justice, the motions of defendant-appellant to exceed the page limit and to extend the time for filing her reply are GRANTED. The reply submitted on July 12, 2017, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 19, 2017



Clerk